005300

Order entered December 17, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00277-CV

**PEDRO GONZALEZ, ET AL., Appellants**

**V.**

**VATR CONSTRUCTION LLC & ALL AMERICAN ROOFING & CONSTRUCTION,**
Appellees

On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-09360-M

## ORDER

The Court has before it appellants' December 12, 2012 motions for an additional extension of time to file their reply brief to appellee VATR Construction, LLC's brief and for an additional extension of time to file their reply brief to appellee All American Roofing & Construction, LLC's brief. The Court **GRANTS** the motions and **ORDERS** appellants to file any reply briefs to either appellee's brief by December 27, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE